UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONTESSORI CHILDREN'S HOUSE AND SCHOOL<br>　　　Plaintiff, | § § § § | |
| v. | § | Civil Action No. 3:21-cv-1984 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>　　　Defendant. | § § § § § § | |

## DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 81.1(a)(4)(D), Philadelphia Indemnity Insurance Company hereby discloses to the Court, by and through its undersigned counsel, the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. **Philadelphia Indemnity Insurance Company** (Defendant)

2. **Philadelphia Consolidated Holding Corp.** (Defendant's parent company)

3. **Tokio Marine North America, Inc.** (parent company of Philadelphia Consolidated Holding Corp.)

4. **Tokio Marine and Nichido Fire Insurance Company, Ltd.** (parent company of Tokio Marine North America, Inc.)

5. **Tokio Marine Holdings, Inc.** (parent company of Tokio Marine and Nichido Fire Insurance Company, Ltd.)

6. **Tollefson Bradley Mitchell & Melendi, LLP** (law firm representing Defendant)

Respectfully submitted,

*/s/ Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Matthew Rigney
Texas Bar No. 24068636
mattr@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:     214-665-0199
**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to all counsel of record.

*/s/ Stephen A. Melendi*
Stephen A. Melendi