# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MONTESSORI CHILDREN'S HOUSE AND SCHOOL, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:21-cv-01984 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ENTRY OF APPEARANCE

The undersigned attorney, a member of the State Bar of Texas and the Bar of the United States District Court for the Northern District of Texas, hereby enters his appearance on behalf of Plaintiff Montessori Children's House and School.

Respectfully submitted,

/s/ *Joseph M. Erwin*

Joseph M. Erwin
Texas Bar No. 00797831
ERWIN LAW FIRM
100 Crescent Court, Suite 700
Dallas, Texas 75201
Tel.214.969.6890
Fax.214.969.5757
Email – joe@erwintaxlaw.com

Date:  September 1, 2021.

CERTIFICATE OF SERVICE

I certify that the foregoing Entry of Appearance was served on Defendant Philadelphia Indemnity Insurance Company on September 1, 2021, by electronic service through the ECF filing system to:

Chad Troy Wilson
CHAD T WILSON LAW FIRM PLLC
455 East Medical Center Blvd, Suite 555
Webster, Texas 77598
cwilson@cwilsonlaw.com

Patrick Connell McGinnis
CHAD T WILSON LAW FIRM PLLC
455 East Medical Center Blvd, Suite 555
Webster, Texas 77598
pmcginnis@cwilsonlaw.com

Matthew Patrick Rigney
TOLLEFSON BRADLEY MITCHELL & MELENDI LLP
2811 McKinney Ave, Suite 250
Dallas, Texas 75204
214-665-0100
mattr@tbmmlaw.com

Beth A Kressel Itkin
TOLLEFSON BRADLEY MITCHELL & MELENDI LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
214-665-0132
bethki@tbmmlaw.com

Stephen A Melendi
TOLLEFSON BRADLEY MITCHELL & MELENDI LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
214-665-0100
stephenm@tbmmlaw.com

/s/ *Joseph M. Erwin*

_____
Joseph M. Erwin