UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONTESSORI CHILDREN'S HOUSE AND SCHOOL, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:21-CV-01984-X |
| v. | § § | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § | |
| *Defendant.* | | |

**JOINT PROPOSAL FOR CONTENTS
OF SCHEDULING AND DISCOVERY ORDER**

| | |
|---|---|
| Proposed Date to Complete Discovery | April 29, 2022 |
| Proposed Trial Date, including the number of trial days and whether a jury has been demanded | September 12, 2022<br>Number of Trial Days: 3 days<br>Plaintiff has demanded a jury trial |
| Proposed Motion Deadline | May 23, 2022 |
| Proposed Deadline to file motions for leave to join other parties | November 30, 2021 |
| Proposed Deadline to file motions for leave to amend the pleadings | November 30, 2021 |
| Proposed Deadline to Designate Expert Witnesses (including rebuttal experts) | February 25, 2022 (Plaintiff's Deadline)<br>March 25, 2022 (Defendant's Deadline) |
| Proposed Deadline to commence settlement negotiations | April 29, 2022 |

1. Status report explaining progress made at the meeting and present status of settlement negotiations: *The parties are not yet prepared to engage in settlement negotiations but will revisit the possibility following the exchange of written discovery.*

1

2. Advisability of referring the case for mediation:  *The parties do not believe the case is ripe for mediation at this time, but will revisit the possibility following the exchange of written discovery.*

3. Do the parties consent to trial (jury or non-jury) before a United States Magistrate Judge?[1] *No.*

4. Proposed plan and schedule for discovery: *Discovery will focus on the claimed storm damage at issue, Philadelphia's handling of the claim, and the duties and rights of the parties to this litigation as set forth in the commercial property insurance at issue. The Parties anticipate needing about* **seven** *months for discovery.*

5. Proposed limitations on discovery, if any: *None.*

6. Other proposals regarding scheduling and discovery that the parties believe will facilitate expeditious and orderly preparation for trial, including the parties' positions on a consolidated discovery schedule: *None at this time.*

7. Are the parties considering mediation or arbitration to resolve this litigation, and if not, why not?[2] *Yes.*

8. Other matters relevant to the status and disposition of this case: *None at this time.*

---

[1] Before responding to this question, counsels are directed to carefully review the provisions of 28 U.S.C. § 636(c) and, specifically, section 636(c)(3).

[2] The Court encourages the early use of mediation or arbitration.

Respectfully submitted,

*/s/ Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Matthew Rigney
Texas Bar No. 24068636
mattr@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone:    214-665-0100
Facsimile:    214-665-0199
**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

/s/ *Joseph M. Erwin*
Joseph M. Erwin
Texas Bar No. 00797831
ERWIN LAW FIRM
100 Crescent Court, Suite 700
Dallas, Texas 75201
Telephone:    214.969.6890
Facsimile:    214.969.5757
Email - joe@erwintaxlaw.com

and

/s/ *Patrick C. McGinnis*
Patrick Connell McGinnis
Texas Bar No. 13631900
Chad T. Wilson
Texas Bar No. 24079587
CHAD T WILSON LAW FIRM PLLC
455 East Medical Center Blvd, Suite 555
Webster, Texas 77598
Telephone:    832-415-1432
Facsimile:    281-940-2137
Email - pmcginnis@cwilsonlaw.com
Email - cwilson@cwilsonlaw.com
**ATTORNEYS FOR PLAINTIFF MONTESSORI CHILDREN'S HOUSE AND SCHOOL**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to all counsel of record.

                                          */s/ Stephen A. Melendi*
                                          Stephen A. Melendi