IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONTESSORI CHILDREN'S HOUSE AND SCHOOL<br>　*Plaintiff,*<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>　*Defendant.* | §<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 3:21-cv-1984<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' NOTICE OF INITIAL RULE 26 (A)(1) DISCLOSURES**

TO THE HONORABLE JUDGE:

　　COMES NOW, Plaintiff, Montessori Children's House and School, and shows the court that on September 28, 2021, *Plaintiffs served Plaintiffs' Rule 26(A)(1) Initial Disclosures* to Defendants in the above referenced matter.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　CHAD T WILSON LAW FIRM PLLC

　　　　　　　　　　　　　　　　　　　　By: */s/Patrick C. McGinnis*

　　　　　　　　　　　　　　　　　　　　Chad T. Wilson
　　　　　　　　　　　　　　　　　　　　Federal Bar No. 2246983
　　　　　　　　　　　　　　　　　　　　Bar No. 24079587
　　　　　　　　　　　　　　　　　　　　CWilson@cwilsonlaw.com
　　　　　　　　　　　　　　　　　　　　Patrick C. McGinnis
　　　　　　　　　　　　　　　　　　　　Federal Bar No. 20675
　　　　　　　　　　　　　　　　　　　　Bar No. 13631900
　　　　　　　　　　　　　　　　　　　　pmcginnis@cwilsonlaw.com
　　　　　　　　　　　　　　　　　　　　455 East Medical Center Blvd., Suite 555
　　　　　　　　　　　　　　　　　　　　Webster, Texas 77598
　　　　　　　　　　　　　　　　　　　　Telephone: (832) 415-1432
　　　　　　　　　　　　　　　　　　　　Facsimile: (281) 940-2137

1

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of *Plaintiff's Notice of Initial Rule 26 (A)(1) Disclosures* has been sent to all counsel of record by certified U.S. Mail, facsimile, hand delivery, or electronic service on this day, September 28, 2021.

**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**
Stephen A. Melendi, Attorney in Charge
stephenm@tbmmlaw.com
Matthew Rigney
mattr@tbmmlaw.com
Beth Kressel Itkin
bethki@tbmmlaw.com
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
ATTORNEYS FOR PHILADELPHIA
INDEMNITY INSURANCE COMPANY

/s/ *Patrick C. McGinnis*