UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONTESSORI CHILDREN'S HOUSE AND SCHOOL | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-01984 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § § § | |
| Defendant. | § § | |

## JOINT DESIGNATION OF MEDIATOR

TO THE HONORABLE COURT

Pursuant to this Court's Order [ECF No. 12] requiring the submission of a Joint Designation of Mediator, Plaintiff Montessori Children's House and School and Philadelphia Indemnity Insurance Company respectfully submit this Joint Designation of Mediator as follows:

The Parties have conferred regarding choosing a mediator to mediate this case. Counsel for Plaintiff and Defendant were able to agree on the following mediator:

Dana McArthur, Esq.
Burdin Mediations
4514 Cole Avenue Suite 1450
Dallas, Texas 75205
214-528-1411

Respectfully submitted,

*/s/ Aaron L. Mitchell*
Aaron L. Mitchell
Texas Bar No. 14205590
aaronm@tbmmlaw.com
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Beth Kressel Itkin
Texas Bar No. 24118435
bethki@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL &MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

/s/ *Joseph M. Erwin*
Joseph M. Erwin
Texas Bar No. 00797831
ERWIN LAW FIRM
100 Crescent Court, Suite 700
Dallas, Texas 75201
Telephone:    214.969.6890
Facsimile:    214.969.5757
Email - joe@erwintaxlaw.com

and

/s/ *Patrick Connell McGinnis*
Patrick Connell McGinnis
Texas Bar No. 13631900
Chad T. Wilson
Texas Bar No. 24079587
CHAD T WILSON LAW FIRM PLLC
455 East Medical Center Blvd, Suite 555
Webster, Texas 77598
Telephone:     832-415-1432
Facsimile:     281-940-2137
Email - pmcginnis@cwilsonlaw.com
Email - cwilson@cwilsonlaw.com
**ATTORNEYS FOR PLAINTIFF
MONTESSORI CHILDREN'S HOUSE
AND SCHOOL**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to all counsel of record.

/s/ *Aaron L. Mitchell*
Aaron L. Mitchell